UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TELECOM & TECHNOLOGY AMERICAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IOPEX TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-05425-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 16)** |

　　　　Based on the parties' joint case management statement[1] and today's case management conference,

　　　　IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

　　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is April 1, 2016.

　　　　IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | August 4, 2016 |
| Disclosure of Experts and Initial Reports | September 1, 2016 |
| Deadline for Rebuttal or Opposition Expert Reports | September 15, 2016 |
| Expert Discovery Cut-Off | October 14, 2016 |
| Dispositive Motions Filing Deadline | September 1, 2016 |

---

[1] *See* Docket No. 16.

Case No. 15-cv-05425-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---:|
| Dispositive Motions Hearing | October 11, 2016 at 10:00 AM |
| Pre-Trial Conference | November 1, 2016 at 10:00 AM |
| Bench Trial | November 28, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: January 12, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 15-cv-05425-PSG
CASE SCHEDULING ORDER