UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL TELECOM & TECHNOLOGY AMERICAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IOPEX TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-05425-DMR<br><br>**ORDER TO FILE JOINT STATUS REPORT** |

This matter has been reassigned to the undersigned.  On March 29, 2016, Plaintiff Global Telecom & Technology Americas filed a notice of settlement stating that the matter had been fully resolved pursuant to a written settlement agreement.  [Docket No. 20.]  Plaintiff stated that it intended to dismiss the action in full with prejudice upon receipt of final payment pursuant to the settlement agreement.  No such dismissal has yet been filed.

The parties are ordered to file a joint status report with the court by June 29, 2016.

**IT IS SO ORDERED**.

Dated: June 15, 2016

_____
DONNA M. RYU
United States Magistrate Judge